IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-407-BO-BM

| DIANA AMERSON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| FAYETTEVILLE STATE UNIVERSITY, | ) | |
| Defendant. | ) | |

This matter is before the court on the parties' joint motion [DE-14], with memorandum in support thereof [DE-15], to stay discovery in this matter until the resolution of defendant's pending motion to dismiss [DE-10] plaintiff's complaint.

For good cause shown by the reasons stated in the motion, the parties' joint motion to stay [DE-15] is GRANTED. It is therefore ORDERED that the parties' deadline to participate in a Rule 26(f) conference and to submit a discovery plan, as well as any discovery deadlines, are STAYED in this case until such time as the court rules on defendant's pending motion to dismiss [DE-10].

IT IS FURTHER ORDERED that should the motion to dismiss [DE-10] be denied, counsel for plaintiff and defendant shall participate in a Rule 26(f) conference and file a Rule 26(f) report within fourteen (14) days of the court's ruling, unless otherwise ordered by the court.

SO ORDERED, this 2nd day of October, 2024.

_____
Brian S. Meyers
United States Magistrate Judge